UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 14-14017-GAO

SYED K. RAFI, PhD.,
Plaintiff,

v.

BRIGHAM AND WOMEN'S HOSPITAL, CHILDREN'S HOSPITAL BOSTON,
MASSACHUSETTS GENERAL HOSPITAL, and HARVARD MEDICAL SCHOOL
Defendants.

CIVIL ACTION NO. 14-14205-GAO

SYED K. RAFI, PhD.,
Plaintiff,

v.

CHILDREN'S HOSPITAL BOSTON and HARVARD MEDICAL SCHOOL
Defendants.

ORDER
October 28, 2015

O'TOOLE, D.J.

This Order resolves several motions pending before the Court in these two related actions brought by the plaintiff.

1. The plaintiff's Motion by Pro Se Litigant to Participate in Electronic Filing and to Change the Phone Number (dkt. no. 33 in 14-14017 and dkt. no. 24 in 14-14205) is GRANTED subject to the condition that the plaintiff shall comply with all applicable training and technical requirements.

2. The plaintiff's Motion by Pro Se Litigant Requesting the Court to Grant the Opportunity to Attempt in Good Faith to Resolve or Narrow the Issues (dkt. no. 35 in 14-14017) is

DENIED as unnecessary. Parties do not need the Court's permission before they attempt to resolve or narrow any issues in dispute.

3. The plaintiff's motions for extensions of time and renewing his motion for the appointment of an attorney (dkt. nos. 36, 37, and 38 in 14-14017 and dkt. nos. 26 and 27 in 14-14205) are GRANTED in part and DENIED in part. The requests for additional time are permitted *nunc pro tunc*. The renewed requests for an appointment of counsel are DENIED.

4. The plaintiff's Motion by Pro Se Litigant Informing the Court [of] the Newly Agreed Plaintiff's Response Due Date (dkt. no. 40 in 14-14017 and dkt. no. 29 in 14-14205) is GRANTED *nunc pro tunc*.

5. Harvard Medical School's Motion for Leave to File Reply Memorandum (dkt. no. 33 in 14-14205) is GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge