UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Syed K. Rafi,                    *

                              *

       Plaintiff,            *

                              *

       v.                  *     Civil Action No. 14-cv-14017 GAO

                              *

Brigham and Women's Hospital et al   *

                              *

       Defendant.       *

ORDER OF DISMISSAL

March 20, 2017

O'Toole, D.J.

      Pursuant to the court's Opinion and Order issued on 03/20/2017 [#81] GRANTING
Motion to Dismiss for Failure to State a Claim , this case is hereby  dismissed and
CLOSED.

  IT IS SO ORDERED.

                                       /s/ George A. O'Toole, Jr.

                                       United States District Judge